IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LATOYA MICHELLE LEE                                                                                        PLAINTIFF

v.                                        Civil No. 4:16-cv-04028

CAROLYN W. COLVIN                                                                                         DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time.  ECF No. 10.  With this Motion, Plaintiff seeks to extend the time to file her appeal brief.  *Id*  **The Court finds Plaintiff's Motion is well-taken and should be GRANTED.  Plaintiff is given until January 6, 2017 to file her appeal brief.**

ENTERED this 14th day of December 2016.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

1